## PORTEOUS v. REED.

No. 9967; September 16, 1886.

12 Pac. 117.

**Statute of Limitations.—Failure to Find upon the Issue of the Statute** of limitations is ground for reversal of the judgment.

APPEAL from Superior Court, County of Calaveras.

Ira H. Reed and D. M. Seaton for appellant; Reddick & Solinsky for respondent.

Per CURIAM.—Ejectment. The defendants pleaded the statute of limitations. The findings fail to respond to this issue. The judgment is reversed and cause remanded.